NO. CAAP-15-0000585

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I.

PAUL KAUKA CULLEN, aka PAUL KAUKA NAKI,
Plaintiff-Appellant,
v.
RICHARD PERREIRA and GWENDOLYN H. PERREIRA,
Defendants-Appellees

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
(DC-CIVIL NO. 13-1-0122)

ORDER DENYING WITHOUT PREJUDICE THE OCTOBER 8, 2015 MOTION
(By: Nakamura, C.J.)

Upon consideration of the document filed on October 8, 2015 by Plaintiff-Appellant Paul Kauka Cullen (Appellant), which this court construes as a Motion for Writ of Mandamus because it appears that Appellant requests this court "Order Judge Heely to immediately enforce the Writ of Possession as is justly required by law." Under Hawaii Revised Statutes § 602-5(a)(3)(Supp. 2015), the Supreme Court of Hawai'i has jurisdiction to issue a Writ of Mandamus to the District Court.

IT IS HEREBY ORDERED that the motion is denied without prejudice to Appellant seeking relief with the Supreme Court of Hawai'i.

DATED: Honolulu, Hawai'i, December 15, 2015.

Chief Judge